IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR175 |
| | ) | |
| v. | ) | |
| | ) | |
| WHITNEY L. McGINN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for reduction of sentence (Filing No. 24.  The Court has no authority to grant defendant's motion.  Accordingly,

IT IS ORDERED that defendant's motion for reduction of sentence is denied.

DATED this 4th day of September, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court